| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Micah Wallace | Telephone: (313) 226-9100 |
|---|---|---|
| | Special Agent: Adam Christensen | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Steven Ellis OLEY

Case No.
Case: 2:25−mj−30445
Assigned To : Unassigned
Assign. Date : 7/14/2025
Description: CMP USA V. OLEY (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 26, 2024__ in the county of __Lenawee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Adam Christensen, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 14, 2025

_Judge's signature_

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Adam Christensen, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## Introduction and Agent Background

1. I have been employed as a Special Agent of the FBI since 2010 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting investigations. To date, I have either conducted or participated in over 100 child- exploitation investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for **Steven Ellis Oley** for violations of 18 U.S.C. §§ 2252A(a)(2)(A), receipt of child pornography, and 2252A(a)(5)(B), possession of child pornography.

3. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law

1

enforcement agents, information gathered from investigative sources of information, and my experience, training and background as a Special Agent.

4. This affidavit is submitted for the limited purpose of securing an arrest warrant. I have not included every fact I know about this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **Oley** has violated 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(a)(5)(B).

## Probable Cause

5. On or about February 7, 2025, an FBI Special Agent (SA) assigned to the Detroit Division, SA Eli Bowers, reviewed Kik conversations between the subject of that investigation, Individual-1, whose identity is known to law enforcement, and other individuals. One of those conversations was between Individual-1's Kik account, miguy12341, and another Kik user, with username biggg1069. In this conversation, the two users discuss their interest in sex with minors, both claiming that they are currently actively engaged in sex acts with minors.

6. Although the dates of the conversation were not determined from Individual-1's device, the device was seized from his residence in November 2024 and the conversation references the minor's phone being taken from the minor by their mother until August 1, so the chat excerpted below likely occurs prior to

August 1, 2024. The following is a portion of the conversation between the two accounts:

    biggg1069: Do you have one

    Individual-1: Yes

    biggg1069: Yes

    biggg1069: How old is she

    Individual-1: Just turned 14

    biggg1069: Nice does she live by you

    Individual-1: But she is nervous wreck until we are in the room

    Individual-1: Close

    biggg1069: Mmm nice

    biggg1069: Do you pick her up

    Individual-1: We meet a few blocks from her house

    biggg1069: Does she like her pussy licked

    Individual-1: She loves it

    biggg1069: Can you pick her up tonight

    Individual-1: No she has to be in by 9

    Individual-1: Mom is very strict

    biggg1069: What about this weekend

    Individual-1: I will talk with her

Individual-1: Tell me about the girl you are thinking about

biggg1069: Ok would you love to have us both fuck her

Individual-1: I've been trying to get her comfortable with a threesum

Individual-1: But no luck yet and I'm not scaring her otf

biggg1069: She's 11 and she's white but her friend is black

Individual-1: Nice

biggg1069: Nice

biggg1069: Yea definitely

Individual-1: They both live by you

biggg1069: I had them taking turns sucking my dick as I ate their pussy

biggg1069: Lansing

Individual-1: Get those 2

Individual-1: Close enough

biggg1069: Yea I met them at a mall

Individual-1: Good place to meet

biggg1069: I bought them shoes and then went to the movies with them and fingered them both in the theater

Individual-1: Best way to get in their panties

biggg1069: Mmm yes

Individual-1: How long since you have seen them

biggg1069: About a week or so ago

biggg1069: What about you and her

Individual-1: Lucky

Individual-1: A little over 2 weeks

Individual-1: She tried sneaking out and got caught by mom

biggg1069: I can give you one of their number to text if you give me hers

Individual-1: Mom has her phone until August 1st

biggg1069: Oooh wow ok

biggg1069: We can still exchange their numbers if you want

Individual-1: Like I said mom is very strict

biggg1069: Ok no problem

Individual-1: Let me see if she will be OK with that

biggg1069: Ok check and let me know

Individual-1: I will go to her bedroom window at 4am

Individual-1: I would love to text with one of you friends

biggg1069: Tomorrow morning?

Individual-1: [Sends image of female exposing their breasts]

Individual-1: She is trying to tell me that she is 15

5

Individual-1: I need to take the dog out

biggg1069: Hell no she's older

Individual-1: I know

Individual-1: I don't mind role playing with someone but at least be honest

Individual-1: [Sends image of exposed vagina and anus]

Individual-1: She sent this 1 also. They don't match up

biggg1069: [Sends image of potential minor female holding a red cell phone taking a picture of her spread legs and exposed vagina]

biggg1069: [Sends image of potential minor female in yellow Tom & Jerry shirt with her legs spread and black panties pulled aside to expose her vagina]

Individual-1: I would love to push my tongue between her sweet young smooth pussy lips

biggg1069: Mmmm fuck yes

Individual-1: Is that your friend in Lansing

biggg1069: Yes

Individual-1: [Sends image of potential minor female in a striped shirt and polka dot skirt slightly pulled up]

Individual-1: She lives in Europe

biggg1069: I've seen that video multiple time

Individual-1: Me too but it's still nice

Individual-1: I'm back

Individual-1: And that's why the best way to find them is at a mall

biggg1069: Alright

Individual-1: Because you know they are real

biggg1069: Yea for sure

Individual-1: So how young do you want to be

biggg1069: 11

Individual-1: Perfect age

Individual-1: Are those 2 who you were talking about before

biggg1069: Fuck yea

Individual-1: How long have you been seeing them

biggg1069: About a year

Individual-1: 10 or so

biggg1069: Yea I love it

Individual-1: I don't blame you

Individual-1: I want the black girl

biggg1069: Mmmm yea

Individual-1: What do they say

7

      biggg1069: I'll be back

      Individual-1: OK

7. The conversation between the two continues on what appears to be additional days after the above conversation. At one point, biggg1069 states that he just met a 12-year-old minor female at a gas station and got her phone number after he stated, "I'd love to eat a little pussy right now." He described the 12-year-old by stating, "She's got a great little body."

8. The two images referenced in the above conversation as being sent by Kik account biggg1069 appear to be of the same potential minor female because they include the face of the depicted individual. The face of this potential minor female was queried in a facial recognition tool in an attempt to identify her. Although no positive identification was found, the images appeared to be a potential minor female with the same face which was used on some apparently fake Russian social media accounts. Therefore, I do not believe that the images of the potential minor female shared by Kik account biggg1069 depict a minor female from Lansing, Michigan as stated, however they may still meet the Federal definition of child pornography.

9. The National Center for Missing and Exploited Children (NCMEC) was asked to query their CyberTip database for the Kik account biggg1069. NCMEC provided a recent CyberTip reported by Kik for username biggg1069 on

8

January 7, 2025. The report details that the biggg1069 account had been used to distribute an image to another, non-specified, Kik user account on December 26, 2024. I received the associated files for this report from NCMEC on February 18, 2025. The file provided is a video that depicts a postpubescent minor female, approximately 11 to 13 years old, displaying her genitals to the camera and then masturbating and inserting her finger in her vagina. Based on my training and experience, this video, sent by the Kik account with the username biggg1069, meets the Federal definition of child pornography.

10.    The Kik search warrant return also showed that the email address oneeebiggg755@gmail.com was associated with the account biggg1069. It specified that a Samsung SM-S134DL was used to access the account. Investigation determined that there was an Instagram account also associated with the email address oneeebiggg755@gmail.com. A subpoena for subscriber information for this email address was served on Meta Platforms, which returned information that two Instagram accounts were associated with the email address, one with username oneeebigg755 which was closed on June 3, 2024, and one with username oneeebiggg that was closed on January 17, 2024.

11.    A 2703(d) court order was authorized in the Eastern District of Michigan to request information about other Instagram accounts that were associated with the two above-described Instagram accounts based on the same

9

devices being used to log in to those accounts. Meta Platforms provided information about additional accounts with display names of dix sohard, dixsohard, hardy thick, hardy thick, dixhard, suckit8, big dic, hard dic, thick hardy, hardy thick, and watching bigg. This return also showed that the common device used to log in to these accounts was a Samsung SM-S134DL.

12. A subpoena was served on Meta Platforms for these above defined associated accounts and Meta provided subscriber information for each which included the email address associated with each account which included dixsohard102@gmail.com, harddix4@gmail.com, hardythick0@gmail.com, bdic7@gmail.com, harddix255@gmail.com, sobigcock16@gmail.com, hardick526@gmail.com, thickhardy181@gmail.com, thickhardy81@gmail.com, and onebigg9@gmail.com.

13. A subpoena was served on Google for subscriber information regarding the above identified Gmail addresses. Google responded with information that showed that two of the accounts, harddix4@gmail.com and dixsohard102@gmail.com, were associated with an Android account on a Samsung SM-S134DL with IMEI 351966621479051.

14. The Kik search warrant also detailed an IP address, 71.197.17.219, that was used to login to the Kik account biggg1069 between the creation of the account on January 18, 2024, through July 17, 2024, which occurred more days

than not in that time period. NCMEC was again queried for the associated IP addresses discussed above. They responded with one related CyberTip report from Snapchat with an incident time of December 13, 2023, for IP address 71.197.17.219. This report was on the Snapchat username watchi2023 who reported that their date of birth was February 10, 2010, and their phone number as 313-938-2275. The report detailed a chat conversation between Snapchat account watchi2023 and another Snapchat user, who is believed to be a minor based on the conversation:

>Potential Minor Snapchat: Show me what
>
>watchi2023: How wet mine is
>
>Potential Minor Snapchat: Opp
>
>watchi2023: Mhmm
>
>watchi2023: That's why I said to pull your panties down
>
>Potential Minor Snapchat: I don't wanna
>
>watchi2023: Ooh ok
>
>watchi2023: Do you want to see
>
>Potential Minor Snapchat: Idk
>
>watchi2023: [Sends image of a minor female approximately 11-14 years old in a zipped up hooded sweatshirt biting her lips]
>
>watchi2023: [Sends image of pubescent minor exposing her vagina to the

11

camera while sitting on a toilet and wearing what appears to be the same hood sweatshirt as the first photograph unzipped to expose their belly]

Based on the above information, I believe that this is another instance of the same user distributing child pornography, this time using Snapchat posing as a minor female in an effort to coerce and entice a potential minor to produce child pornography.

15. Based on the investigation of this case it was determined that the likely suspect was **Steven Ellis Oley** who resides at XXXXX Buckeye Drive, Luna Pier, Michigan. **Oley's** family member owns the residence and knows that **Oley** resides at the residence by himself. Based in part on the information detailed above, a Federal search warrant was obtained in the Eastern District of Michigan authorizing the search of **Oley**'s person and his residence. On July 14, 2025, these warrants were executed. **Oley** was not at the residence, however a search of the residence revealed five cellular phones, including the Samsung SM-S134DL with IMEI 351966621479051. Review of this phone showed that it contained the application Kik which was logged into with username biggg1069. The conversation with Individual-1 detailed above was found in the account. It also showed that the phone number associated with the phone was 313-938-2275, the same that was used to register the Snapchat account detailed above.

## Conclusion

16.     Based on the foregoing, there is probable cause to believe that **Steven Ellis Oley** has distributed and received child pornography, in violation of 18 U.S.C. § 2252A(a)(2), and possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and I respectfully request this Court issue a criminal complaint and arrest warrant for him.

Respectfully submitted,

Adam Christensen, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable Kimberly G. Altman
United States Magistrate Judge

Date: July 14, 2025